DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

27 AUGUST 2013

| 054P13 | State v. Antwan Maurice Pittman | 1. Def's NOA Based Upon a Constitutional Question (COA12-510) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| | | | **Beasley, J., Recused** |
| 055P02-11 | State v. Henry Ford Adkins | Def's *Pro Se* PWC to Review Order of COA (COAP11-263) | Dismissed |
| 059P07-2 | State v. Randall Gray Stoneman | Def's *Pro Se* Motion for PDR Under N.C. G.S. § 7A-31 (COAP13-319) | Dismissed |
| 059P12-2 | State v. Arthur Junior Cook | Def's PDR Under N.C.G.S. § 7A-31 (COA12-902) | Denied |
| 067P13-2 | Robert Allen Sartori v. County of Jackson, et al (JCJ); Doctor Steven P. Deweese; and Nurse Cathy Barnes | Plt's *Pro Se* Motion for Rehearing (COA11-1398) | Denied |
| 075P13 | DOCRX, Inc. v. EMI Services of N.C., LLC | 1. Def's Petition for *Writ of Supersedeas* (COA12-783) | 1. Allowed |
| | | 2. Def's NOA Based Upon a Constitutional Question | 2. - - - |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | 4. Plt's Motion to Dismiss Appeal | 4. Allowed |
| | | 5. Def's Motion for Substitution of Counsel | 5. Allowed |
| | | 6. Def's Motion for Temporary Stay | 6. Allowed **06/06/13** |